

# THE THIRTEENTH COURT OF APPEALS

13-22-00610-CV

AVG Fitness TXOK, LLC
v.
Cresta Development Company and RBR Real Estate Holdings, LLC

On Appeal from the
440th District Court of Coryell County, Texas
Trial Court Cause No. DC-22-53181A

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

October 19, 2023